109 So.2d 738

Jesse **BLACKBURN**

v.

**STATE.**

8 Div. 973.

Supreme Court of Alabama.

Feb. 19, 1959.

Godbold, Hobbs & Copeland, Montgomery, and Mitchell & Poellnitz, Florence, for petitioner.

MacDonald Gallion, Atty. Gen., opposed.

COLEMAN, Justice.

Petition of Jesse Blackburn for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court, after remandment, in Blackburn v. State, 109 So.2d 736.

Writ denied.

LAWSON, STAKELY and MERRILL, JJ., concur.

109 So.2d 758

Delphine **SPENCER**

v.

**STATE.**

1 Div. 811.

Supreme Court of Alabama.

Feb. 19, 1959.

John Patterson, Atty. Gen., and Robt. C. Dillon, Asst. Atty. Gen., for the petition.

Windell C. Owens, Monroeville, opposed.

PER CURIAM.

If we correctly understand the opinion of the Court of Appeals, that court has reversed the judgment of the trial court on the ground that the evidence was not sufficient to sustain the judgment. We do not feel that we can disturb that finding.

Writ denied.

LAWSON, STAKELY, MERRILL and COLEMAN, JJ., concur.

109 So.2d 755

Samuel **MADISON**

v.

**STATE.**

2 Div. 396.

Supreme Court of Alabama.

Feb. 19, 1959.

John Patterson, Atty. Gen., and David W. Clark, Asst. Atty. Gen., for the petition.

Robt. P. Upchurch and Ira D. Pruitt, Livingston, opposed.

COLEMAN, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Madison v. State, 109 So.2d 749.

Writ denied.

SIMPSON, STAKELY, GOODWYN and MERRILL, JJ., concur.